THE STATE OF OHIO, APPELLEE, *v.* MURPHY, APPELLANT.

[Cite as *State v. Murphy*, 127 Ohio St.3d 120, 2010-Ohio-5271.]

(No. 2009–1309—Submitted August 10, 2010—Decided November 2, 2010.)

{¶ 1} The cause is remanded to the court of appeals for application of our decision in *State v. Rohrbaugh*, 126 Ohio St.3d 421, 2010-Ohio-3286, 934 N.E.2d 920, including a determination whether the three conditions set forth in the syllabus of *State v. Rohrbaugh* were present with regard to appellant's guilty plea to the amended indictment.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

David A. Sams, for appellant.